RECEIVED
AUG 14 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JEFFERY LEE GUILLORY<br>LA. DOC #126268 | CIVIL ACTION NO. 16-CV-1753 |
| VS. | SECTION P |
| | CHIEF JUDGE DEE D. DRELL |
| DARRYL VANNOY | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the petition for habeas corpus be **DISMISSED WITH PREJUDICE** as time-barred by the provisions of 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this __14__ day of August, 2017.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT